# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE
COMPANY,

       Plaintiff,

vs.

COLUMBUS CONSTRUCTION CORP.,
CANAL ASPHALT, INC., and AUGUST M.
NIGRO,

       Defendants.

07 CIV. 2857

ECF Case

RULE 7.1 STATEMENT

**BRIEANT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for plaintiff Liberty Mutual Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties that are publicly held:

1.    Liberty Mutual Holding Company (parent company).

WOLFF & SAMSON PC
Attorneys for Plaintiff Liberty Mutual
Insurance Company

By: _____
    DARRYL WEISSMAN (DW 7369)
    ERIC J. LEVINE (EL 3758)
One Boland Drive
West Orange, NJ 07052
(973) 325-1500

Dated: April 4, 2007

1055444.1