UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBUS CONSTRUCTION CORP., CANAL ASPHALT, INC., and AUGUST M. NIGRO,<br><br>Defendants. | Civil Action No. 07-cv-02857 (CLB)(LMS)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Eric J. Levine, Esq. of Wolff & Samson PC hereby enters his appearance in this case as counsel for Plaintiff Liberty Mutual Insurance Company.

        **WOLFF & SAMSON PC**
        Attorneys for Plaintiff Liberty Mutual
        Insurance Company

        By:    s/Eric J. Levine
             ERIC J. LEVINE (EL 3758)

        The Offices at Crystal Lake
        One Boland Drive
        West Orange, NJ 07052
        (973) 530-2055
        elevine@wolffsamson.com

Dated: April 11, 2007

1065500.1