UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

LIBERTY MUTUAL
INSURANCE COMPANY,

                        Docket No. 07 CV 2857

            Plaintiff,

  -against-

                        **ACKNOWLEDGMENT OF SERVICE**

COLUMBUS CONSTRUCTION CORP.,
CANAL ASPHALT, INC., and
AUGUST M. NIGRO,

           Defendants.

-------------------------------------------------------------x

Service of the Summons and Complaint, executed by the Court on April 10, 2007, as filed in the above-captioned action, is hereby acknowledged by counsel for August M. Nigro this 23rd day of May, 2007.

                    Attorneys for August M. Nigro

                    By: _____
                        STANLEY S. ZINNER, ESQ.

1067980.1