UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LIBERTY MUTUAL
INSURANCE COMPANY,

                          Plaintiff,

-against-

COLUMBUS CONSTRUCTION CORP.,
CANAL ASPHALT, INC., and
AUGUST M. NIGRO,

                          Defendants.

------------------------------------------------------------ x

Docket No. 07 CV 2857

**ACKNOWLEDGMENT OF SERVICE**

      Service of the Summons and Complaint, executed by the Court on April 10, 2007, as filed in the above-captioned action, is hereby acknowledged by counsel for Canal Asphalt, Inc. this 23rd day of May, 2007.

Attorneys for Canal Asphalt, Inc.

By: /s/ Stanley S. Zinner
STANLEY S. ZINNER, ESQ.

1067981.1