Stanley S. Zinner, Esq. (SZ4448)
Andrew Greene & Associates, P.C.
COLUMBUS CONSTRUCTION CORP.,
CANAL ASPHALT, INC., and
AUGUST M. NIGRO
202 Mamaroneck Avenue
White Plains, NY 10601
Telephone: (914) 948-4800
Facsimile: (914) 948-4936

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
LIBERTY MUTUAL INSURANCE            )       Case No: 07 CIV 2857 (CLB)
COMPANY,                            )
                                    )       **RULE 7.1 STATEMENT**
            Plaintiff,              )
                                    )
COLUMBUS CONSTRUCTION CORP.,        )
CANAL ASPHALT, INC., and            )
AUGUST M. NIGRO,                    )
                                    )
            Defendants.             )
-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, Columbus Construction Corp., and Canal Asphalt, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held: None.

1

Dated: June 26, 2007

                              Respectfully submitted,

                              ANDREW GREENE & ASSOCIATES, P.C.

                              By: *\[signature\]*
                                  Stanley S. Zinner (SZ4448)
                              Columbus Construction Corp., Canal
                              Asphalt, Inc., and August M. Nigro
                              202 Mamaroneck Avenue
                              White Plains, NY 10601
                              Telephone: (914) 948-4800
                              Facsimile: (914) 948-4936