STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )


       DEBRA L. SANTASIERO, being duly sworn, deposes and says:


       I am not a party to the action, am over 18 years of age and reside in New Fairfield, Connecticut.


       On June 26, 2007, I served a true copy of an Answer, by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. POSTAL Service within the State of New York, addressed to the last-known address of the addressee as indicated below:


To:    Wolff & Sampson, P.C.
       140 Broadway
       New York, NY 10005
       Attn: Daryl Weissman, Esq.

_____
DEBRA L. SANTASIERO

Sworn to before me on this
26th day of June, 2007


_____
Notary Public

SAMUEL D. FRIEDLANDER
Notary Public, State of New York
No. 02FR5044116
Qualified in WESTCHESTER County
Commission Expires MAY 22, 20 11