✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

## APPEARANCE

Case Number:  07 Civ 2857 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for
Defendants Columbus Construction Corporation, Canal Asphalt, Inc., and August M. Nigro.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/12/2007 | |
| Date | Signature |

| | |
|---|---|
| Donald J. Carbone | 2122 |
| Print Name | Bar Number |

Goetz Fitzpatrick, LLP One Pennsylvania Plaza, Suite 4401
Address

| | | |
|---|---|---|
| New York | New York | 10119 |
| City | State | Zip Code |

| | |
|---|---|
| (212) 695-8100 | (212) 629-4013 |
| Phone Number | Fax Number |