# WOLFF & SAMSON PC

COUNSELLORS AT LAW

THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

WWW.WOLFFSAMSON.COM

WRITER'S E-MAIL:
DWeissman@WolffSamson.com
WRITER'S DIRECT DIAL:
973-530-2023
WRITER'S TELECOPIER:
973-530-2223

DAVID SAMSON
ARTHUR S. GOLDSTEIN·
ARMEN SHAHINIAN*
THOMAS R. O'BRIEN*
GAGE ANDRETTA·
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ·
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
GEORGE A. SPADORO·
JEFFREY M. GUSSOFF·
JOHN F. CASEY
JAMES D. FERRUCCI
JOHN M. SIMON

JOHN A. McKINNEY, JR
STEPHEN L. FERSZT·
LAURENCE M. SMITH
WILLIAM E. GOYDAN·
DARRYL WEISSMAN·
PETER E. NUSSBAUM
LORI GRIFA·
MICHELLE A. SCHAAP
ADAM K. DERMAN
ADAM P. FRIEDMAN·
MITCHELL B. BERKEY·
CATHERINE P. WELLS
JONATHAN BONDY·
SEAN M. ATLWARD
DANIEL M. MURPHY·
ROBERT M. CRESPI·
JUNIE HAHN·
JOSEPH TRIPODI·
JILL D. ROSENBERG·
JOHN O. LUKANSKI·
ROXANNA E. HAMMETT
BARBARA B. MANAHAN
RONALD L. ISRAEL·

AARON D. BASSAN
LAUREN M. O'SULLIVAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ·
JUNE S. MELLER·
ANDREW S. KENT·
ERIC J. LEVINE·
DORIT F. KRESSEL·
JOSEPH MONAGHAN
STEPHEN G. CORDARO·
WARREN BARROWS·
LAURIE J. SANDS·
DONNA M. EREM
  COUNSEL

CARL B. LEVY
RHONDA CARNIOL·
BARBARA S. HUTCHEON
ANDREW D. ELLIS
KLAUS P. STOFFEL**
STEPHEN M. ASPERO·
STEPHEN A. KISKER·
DAVID E. WOLFF·
ARTHUR T. HILSON·
  OF COUNSEL

JOSEPH A. DICKSON
BRUCE D. ETTMAN·
CARLOS G. MANALANSAN
MYRNA BLUME
DANIEL D. BARNES·
WILLIAM R. FINIZIO
DIANA L. BUONGIORNO
THOMAS J. TRAUTNER
LINDA D. SULLIVAN·
JENNIFER R. JACOBUS
JOSHUA M. LEE
KAREN L. SHAMIR

TODD W. TERHUNE
SHANNON L. KEIM
MARGARET O'ROURKE WOOD
DENISE J. PIPERSBURGH·
RUSSEL D. FRANCISCO·
NICOLE F. DIMARIA
DANIEL T. McKILLOP
FARAH N. HOMSI·
SCOTT E. LINSKY·
DAVID M. DUGAN·
ELISA M. PAGANO
KATHRYN E. SONG·
KIRAN V. SOMASHEKARA·
ELIZABETH J. MAZZA
LORYN M. LAWSON·
RACHEL C. SANTARLAS-
XAVIER M. BAILLIARD
KEYANA C. LAWS·
SCOTT J. GOLDSTEIN·
MELISSA A. SALIMBENE·
JONATHAN L. CASSADY
NICOLE K. MARTIN
ERIC YUN
JENNIFER L. DE LYON
NANCY A. DEL PIZZO·
DARREN GRZYB
BETH J. ROTENBERG·
DANIEL A. PRUPIS
DEEPA A. KAIREN·
BRIAN KANTAR·
ELIZABETH C. YOO·
PETER D. SIMON
JOSHUA M. LEVY·
PATRICIA D. CLEARY·
GRAHAM H. CLAYBROOK
CHRISTOPHER J. DONADIO
MAULIK M. SANGHAVI
MERISA B. VINICK

·MEMBER NJ AND NY BARS
··MEMBER NY BAR ONLY
*REGISTERED PATENT ATTORNEY

MARTIN L. WIENER (1942 - 2002)

PLEASE REPLY TO WEST ORANGE

January 18, 2008

**Via Facsimile**

Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

[Handwritten endorsement: Application granted. File motion on or before March 14, 2008 returnable at 10:00 AM on April 25, 2008 for oral argument. Jan 23, 2008  Charles L. Brieant U.S.D.J.]

    Re:    Liberty Mutual Insurance Company v. Columbus Construction Corp.,
            Canal Asphalt, Inc. and August M. Nigro
            Case No.: 07-CV-2857 (CLB)

Dear Judge Brieant:

       This firm represents plaintiff Liberty Mutual Insurance Company in the above-referenced action. As Mr. Zinner (who represents the defendants in the lawsuit) and I advised your law clerk, Mary, by telephone this morning, the parties have agreed in principal to settle this action. I will prepare a proposed stipulation of settlement, and will submit it to counsel for the defendants for his review in the next few days.

       At the Case Management Conference on December 7, 2007, Your Honor gave us a briefing schedule in connection with the plaintiff's intended motion for summary judgment. Pursuant to that schedule, plaintiff was to file its motion on or before

1111497.1

**WOLFF & SAMSON** PC

Judge Charles L. Brieant
January 18, 2008
Page 2

February 14, 2008; opposition papers were due by February 28, 2008; and reply papers were due by March 14, 2008. While counsel believe that the settlement will soon be consummated, and that no motion will be necessary, we request that the Court suspend or extend the briefing schedule so that the parties may concentrate their efforts on finalizing the terms of the settlement.

Thank you for your attention to our request, to which Mr. Zinner has consented.

Respectfully,

DARRYL WEISSMAN

DW:lb
cc: Stanley S. Zinner, Esq. (via fax & reg. mail)
    Douglas J. Wills, Esq. (via fax & regular mail)

1111497.1