# WOLFF & SAMSON PC

COUNSELLORS AT LAW

THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

NEW YORK OFFICE
140 BROADWAY
FORTY SIXTH FLOOR
NEW YORK, NEW YORK 10005

WWW.WOLFFSAMSON.COM

WRITER'S E-MAIL
DWeissman@WolffSamson.com

WRITER'S DIRECT DIAL
973-530-2023

WRITER'S TELECOPIER
973-530-2223

March 17, 2008

**Via Facsimile & Regular Mail**

Stanley S. Zinner, Esq.
58 South Service Road
Melville, New York 11747

> Re: Liberty Mutual Insurance Company v. Columbus Construction Corp., Canal Asphalt, Inc. and August M. Nigro
> Case No.: 07-CV-2857 (CLB)

Dear Mr. Zinner:

In response to our recent request for extension of the motion schedule in the above-referenced matter, I heard from Judge Brieant's Chambers this morning. The Court has extended Liberty Mutual's time to file its motion for summary judgment to March 28, 2008. The motion will be returnable on May 2, 2008 at 10:00 a.m.

In addition, in the event that the parties are unable to settle the action and file a stipulation of dismissal by that date, the next conference before Judge Brieant will be on May 2, 2008 at 10:00 a.m.

Liberty Mutual continues to reserve all of its rights, claims and defenses in this matter.

Very truly yours,

Darryl Weissman

DARRYL WEISSMAN

DW:lb
cc:  Judge Charles L. Brieant (via fax)
     Douglas J. Wills, Esq. (via fax)

1120586.1