# WOLFF & SAMSON PC

COUNSELLORS AT LAW
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

www.WOLFFSAMSON.COM

WRITER'S E-MAIL
DWeissman@WolffSamson.com

WRITER'S DIRECT DIAL
973-530-2022

WRITER'S TELECOPIER
973-530-2220

*MEMBER NJ AND NY BARS
†MEMBER NY BAR ONLY
‡REGISTERED PATENT ATTORNEY

MARTIN L. WIENER (1932-2008)

PLEASE REPLY TO WEST ORANGE

March 13, 2008

**Via Facsimile**

Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

[Handwritten memo endorsed: "File motion by 3/28/08, returnable 5/2/08. Conference will be held at 10:00 on 5/2/08 if no motion is filed. J. Anderson / March 17, 2008  Charles L. Brieant USDJ"]

Re: Liberty Mutual Insurance Company v. Columbus Construction Corp., Canal Asphalt, Inc. and August M. Nigro
Case No.: 07-CV-2857 (CLB)

Dear Judge Brieant:

    This firm represents plaintiff Liberty Mutual Insurance Company in the above-referenced action. As we previously advised Your Honor, the parties have agreed in principle to settle this action. Liberty Mutual has asked the defendants for additional financial information, however, and the settlement cannot be finalized until Liberty Mutual receives and reviews that additional information. We apologize for this delay.

    The Court previously revised the briefing schedule in connection with plaintiff's intended motion for summary judgment. Presently, if the case is not settled, Liberty Mutual must file its motion on or before March 14, 2008; the return date is April 25, 2008. While counsel for all parties believe that no motion will be necessary, we request that the Court suspend or extend

# WOLFF & SAMSON PC

Judge Charles L. Brieant
March 13, 2008
Page 2

the briefing schedule so that the parties may concentrate their efforts on finalizing the terms of the settlement.

Thank your for your attention to our request, to which Mr. Zinner (who represents the defendants) has consented.

Very truly yours,

DARRYL WEISSMAN

DW:lb
cc:   Stanley S. Zinner, Esq. (via fax)
      Douglas J. Wills, Esq. (via fax)

1120127.1