UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY MUTUAL INSURANCE COMPANY,

    Plaintiff,

vs.

COLUMBUS CONSTRUCTION CORP.,
CANAL ASPHALT, INC., and AUGUST M.
NIGRO,

    Defendants.

Case No. 07-CV-2857 (CLB)

---

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE & order

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all of the parties to the above-captioned action that, whereas no party to this action is an infant or incompetent person for whom a committee has been appointed, and whereas the parties are about to enter into a settlement agreement resolving all disputes between them, the claims of plaintiff against defendants are hereby discontinued without prejudice and without costs to any of the parties as against the others.

This Stipulation may be filed with the Clerk of the Court without further notice, and may be filed in counterparts.

Dated: May 1, 2008

WOLFF & SAMSON PC

By: _____
DARRYL WEISSMAN (DW-7369)
Attorneys for Plaintiff
Liberty Mutual Insurance Company
One Boland Drive
West Orange, NJ 07052
(973) 325-1500

STANLEY S. ZINNER, ESQ.

_____
STANLEY S. ZINNER (SZ-4448)
Attorney for Defendants
Columbus Construction Corp., Canal Asphalt,
Inc., and August M. Nigro
58 South Service Road
Melville, New York 11747

1128078.1

So ordered: May 2, 2008

_____
Charles L. Brieant
USDJ